Victoria R. Jeffries
Plantiff

versus

United States,
defendant

Comcast Center,
Defendant

Googleplex,
Defendant,

Fidelity Investments,
Defendant,

Amazon,
Defendant

Case No.: 1:25-cv-02731
Judge Thomas M. Durkin
Magistrate Judge Heather K. McShain
RANDOM: CIV CAT 2

**RECEIVED**
MAR 14 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Complaint

RECEIVED

# Complaint

Cyber warefare is immediate, essentic events happen in real time, software update can initiated at any time, diabolical plans of these attackers can take all forms. My attackers have stolen original documents when I visited the local Eola Library in Aurora, Illinois on February 15, 2025, "Super Bowl LIX." I headed to this same library where on February 2, 2024 while using a guest pass to access public resources I logged into the computer lab across from the library; now currently dismantled and populated throughout the library in open areas. Here my mother and I were scanning and printing documents which I'd writen to descripe the horric events that I'd discovered and how my attackers were over-taking my mobile devices, my authenticator codes impersonating me, how each attempt at creating a new email on my IDM:IPs; (see: PHN:COM:IPs) there were three additional emails being attached to my new message; this additity prevented me from sending the letter date: August 7, 2024 (see: ID) - Initial Discoveries. (see: TOE) - Timeline of Events.

While at this library I soon discovered that I could no longer scan to print. All scanned documents were now first being saved either to a USB or a memory space allocated by their administrater.

As I placed my documents face down in the printer tray for scanning I'd noticed that first off, The page identifiers were missing on the the output. Not only was data that should have been copied over, there were replacements made to my documents. When I arrived home and had the chance to review these copies, it was apparent that my original Illinois Department of Employment Securities originals were replaced witth altered copies. See: ALT - Altered Copies.

This was not the first time my attackers have interferred. Riddled through out this complaint my attackers have created ruin for me. On numerous prior occassions my attackers have stopped printers, restarted machines, have rotated perfectly aligned documents upside, sideways and placed them out of order all while using public access for these resources. (see: Lib) - Library Visits. My attackers have the

# COMPLAINT

ability to disallow my personal use of the modern self-service kiosks located in Walgreens and CVS. I made several attempts to take screen shots, photos, and images of these discoveries only to find out that my attackers could control these two reputable companies applications.

On September 7, 2024 so many terrible things had already happened to me, my family members, all who were connected to me in some way of cross referenced relationships were and currently are being overtaken over by these attackers.

I was able to print my exposures with alteration, provided by my attackers. Many of these early photos have been overlayed with other images in my attackers efforts to disguise the real images. This day possibly spent 15-20 minute preparing, selecting, and gathering the needed photos. (See: RPD) - Replacement Phone Photos.

On September 13, 2024 while attempting to print a CVS for the first time under the alias Gloria B. using my new TMobile Prepaid Phone ending with 6212 my attackers caused two separate representatives the need to step in and help me figure out how to get my photos developed.

The Kiosk kept dropping my connection, I lost the use of connecting through USB, I have to try other connection alternatives in order to print my photos. After much wasted time and interference this day I achieved my goal; to print this findings.

Another day I'd collected more usefull evidence and was leary about what all was going on and I chose a different place to develop photos. I visited my local Walgreens in Montgomery, IL on Douglas Road. Worthy R, ending phone number: . I could now walk around the store await photo development without interference.

I visited the self service kiosks on many more occassions with covert happenings and interference. (See: RPD) Replacement Phone Photos.

On August 3, 2024 while at my local library I sought research on browsers and network providers. Discovered that Verizon was the most expensive Internet Service Provider (ISP), however I needed high speed comparable to what I left from leaving Comcast (Xfinity).

# COMPLAINT

Cyber crimes are usually executed by highly skilled individuals. These individuals are accustomed to working in agile environments, they are patience; they sneak under the covers of darkness, going unnoticed, even in plain sight to fulfill their hidden agendas.

On August 1, 2024, my home personal computer was comprimised while attempting to create my new account with Fidelity 401(K) Plan. On July 25, 2024 I reported to Fidelity Customer service that an email where only the first and last three characters was visible; this unknown email was attached to my retirement plan. I called in reported these findings only to recieve an answer that was not satisfactory. (See: Fid) - Fidelity Investments.

This attack was first reported in my initial letter dated 08/07/24. (See: ID) - Tab - Initial Discoveries. References Comprimised email accounts (See: Black Binder: Tab: EML).

Emails are referenced in the (ID); my email account: Vicki Jeffries96246@icloud.com was syncing to an ICloud Keychain which I did not create. All this caused me to further investigate where, who, and when was this Keychain created and by whom or what event created this.

On Friday, August 2, 2024 my attackers created havoc with my Com: IP8 - Comcast IPhone 8 phone brought over when I made the switch from Consumer Cellular; an American based company. (See: PHN) - Replacement Phones - Attempting to rid my attackers.

After attempting to update other Google Comprimised email accounts, relogging into each updated account only to discover; all updated accounts had been reverted back to their original comprimised passwords. I then began experiencing settings changed; my phone was no longer under my control.

I updated other primary accounts (See: HULU, NFK). On August 4, 2024 after logging into my Amazon FireStick only to discover that my account had many other accounts associated with my account. I then noticed after my restart of the FireStick that it then required my Xfinity

Yahoo Email                August 2024

3 attached emails of which when I remove it appeared to remove these unknown emails and returns, they cannot be removed. I deemed this unsafe and ineffective.



This incident was reported on four different police visits; See: Pol I filed with the attorney general on See: ATTN; once filed with the attorney general my issues with Google Support Ticket and Google Home; the service used for my home cameras was never addressed. You see google has impersonated the conversation in Letter 2 and all has been notated in the documents about my new normal. I have been banned from any real online access, I have not been able to check my email due to my attackers reading my password aloud for Tuta mail URLs.

More recently after the complaint was closed by the attorney general I've been attempting to get these new discoveries out to someone of authority. I have lost my job as a result of this attack, I have not been able to log into any of my accounts due to my attackers. They even sent a bogus chase bank letter stating that my account was zeroed. They have 24 hour survalience on me and my home. My attackers have now begun entering my home, stealing documents, my purse, car & home keys. My attackers have planted microphones, lights enabling wifi connection and any resources to spy and thwart me from filing this case.

My attackers have total control of all my finances, emails, and phones, I just locked completely out of everything, there no one to help.

My accounts have all been over taken by these attackers They have stolen my subscriptions to, Microsoft, Amazon my photo is still being used in Skype I fill with the FTC Report number: 176516927 only to have nothing done to aid with this attack.

The bomb shell discovery of how my attackers where compromising our laptop at on set; happens in the BIOS. There's a TPM dence setting that affords our attackers to impersonate each user allow our attackers total unrestricted access to all user resource & then the TPM allows this to be hiddened from sight.

This was discovered with the Purchase of two refurbished laptop with Microsoft access, EZ Pawn laptop purchases.

I further confirmed this when I purchased a brand new HP laptop on December 31, 2024.

Total overtaken by my attackers, however, I had documented all the settings of how these attackers did so, but these last few days my attackers broke into my home, have had drones follow me and have use my loved ones to enter my home, steal my keys & son's keys.

My attackers even used my niece to threat me. This has gone on since Aug 1, 2024 and because there are no local refuge places I have been stuff in limbo.

I can't even perform any financial transactions due to my attackers. They have stop my IDES payments. They come whenever now.

Fidelity still has an unknown email associated with my 401K plan.

See: HP/EZ1/EZ2 Laptop Setting

What I would like to see happen, a democratic president back in office. See: EDU I am qualified to make these covert discoveries.

Victoria Jeffries
March 14, 2025